**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**MIGUEL A. ROCABRUNA,**

      **Plaintiff**

**v.**                         **CASE NO. 1:12-cv-512-LMB-TCB**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC., EQUIFAX INFORMATION**
**SERVICES, LLC.,**

      **Defendants.**

**NOTICE OF APPEARANCE**

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris

Boulevard, Suite 1A, Newport News, VA 23601 hereby notes his appearance as counsel in this

case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                    **MIGUEL A. ROCABURNA,**

                                _____/s/_____

                                Leonard A. Bennett, Esq.
                                VSB #37523
                                Attorney for Plaintiff
                                CONSUMER LITIGATION
                                ASSOCIATES, P.C.
                                763 J. Clyde Morris Boulevard, Suite 1A
                                Newport News, Virginia 23601
                                (757) 930-3660 - Telephone
                                (757) 930-3662 – Facsimile
                                lenbennett@cox.net