IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MIGUEL A. ROCABRUNA,

    Plaintiff

v.                                      CASE NO. 1:12cv00512

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant

## NOTICE OF APPEARANCE

Please take note that Susan M. Rotkis, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601, hereby enters her appearance as counsel in this case on behalf of the Plaintiff.

Please copy her with all matters in this case.

                                      MIGUEL A. ROCABRUNA

                                      /s/
                                  Susan M. Rotkis, Esq.
                                  VSB #40693
                                  Attorney for Plaintiff
                                  CONSUMER LITIGATION
                                  ASSOCIATES, P.C.
                                  763 J. Clyde Morris Blvd Suite 1-A
                                  Newport News, Virginia 23601
                                  (757) 930-3660 - Telephone
                                  (757) 930-3662 – Facsimile
                                  srotkis@clalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David Neal Anthony
Troutman Sanders, LLP
Troutman Sanders Bldg.
1001 Haxall Point
Richmond, VA  23219
David.anthony@troutmansanders.com

Michael Robert Ward
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O Box 30
Richmond, VA  23218
mwsard@morrismorris.com

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Road
Suite A-1
Richmond, VA  23230
jmontgomery@jwm-law.com


              /s/
Susan M. Rotkis, VSB#40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660 telephone
(757) 930-3662 facsimile