IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MIGUEL A. ROCABRUNA,

    Plaintiff,

v.                          Civil Action No.: 1:12-cv-512 LMB/TCB

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC., and EQUIFAX
INFORMATION SERVICES, LLC.,

    Defendants.

### DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **MIGUEL A. ROCABRUNA**, and the Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *Experian Information Solutions, Inc.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant Experian Information Solutions, Inc.*, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 1st day of October, 2012.

/s/ 
Leonie M. Brinkema
United States District Judge

-2-

WE ASK FOR THIS:

_____
Susan M. Rotkis, Esquire
VSB: 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

*Counsel for Plaintiffs*

_____
David Neal Anthony (VSB, No. 31696)
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
E-mail: david.anthony@troutmansanders.com

*Counsel for Experian Information Solutions, Inc.*