DAVID N. ANTHONY
804.697.5410 telephone
804.698.5118 facsimile
david.anthony@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia 23219
804.697.1200 telephone
troutmansanders.com

September 26, 2012

**BY FEDERAL EXPRESS**
Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia, Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

Re: *Miguel A. Rocabruna v. Experian Information Solutions, Inc., et al.*
Civil Action No. 1:12cv512
Our File No. 230077.000292

Dear Mr. Galindo:

Enclosed please find a Dismissal Order as to Experian Information Solutions, Inc. in the above-referenced matter which has been endorsed by counsel. I would appreciate your presenting the Dismissal Order to the Court for entry and providing counsel with a copy of the Dismissal Order once it is entered by the Court.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

David N. Anthony

Enclosure
cc:   Leonard A. Bennett, Esq. (w/enclosure via email)

ATLANTA   BEIJING   CHICAGO   HONG KONG   NEW YORK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC

20140390v1